UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Civil Case No. 6:16-CV-1264-AA

JOSEPH FRANK MENDOZA, et al.
    Plaintiff(s),
v.

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Lithia Motors, Inc., et al.
    Defendant(s).

Attorney Hsien Chun Chang requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Chang (Last Name), Hsien (First Name), C. (MI), (Suffix)
Firm or Business Affiliation: McGehee Chang Barnes Landgraf
Mailing Address: 10370 Richmond Avenue, Suite 1300
City: Houston    State: TX    Zip: 77042
Phone Number: (713)864-4000    Fax Number: (713)868-9393
Business E-mail Address: hcchang@lawtx.com

(2) **BAR ADMISSIONS INFORMATION:**

(a) State bar admission(s), date(s) of admission, and bar ID number(s):
State Bar of Texas, 11/2001, 24031930
State Bar of New Mexico, 12/2015, 147460

(b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
Souther District of Texas, May, 2005, ID #: 553695
Eastern District of Texas, July, 2009, no ID # available

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

(a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

(b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Plaintiffs

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 8th day of May, 2017

H. C. Chang
(Signature of Pro Hac Counsel)

Hsien Chun Chang
(Typed Name)

REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:

LR 83-3(a)(1) requires you to associate with local counsel unless are requesting waiver of the requirement under LR 45-1. To associate with local counsel, obtain the signature of local counsel in the following section. To request waiver of the requirement to associate with local counsel under LR 45-1, check the following box.

☑ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue. Pursuant to LR 45-1(b), I request waiver of the requirement of LR 83-3(a)(1) to associate with local counsel and therefore do not include a certification from local counsel below.

CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this __9th__ day of __May__, __2017__

_____
(Signature of Local Counsel)

Name: __Walsh__ __Bonner__ __C.__
       (Last Name)    (First Name)   (MI)   (Suffix)

Oregon State Bar Number: 131716
Firm or Business Affiliation: Walsh, LLC
Mailing Address: P.O. Box 7
City: Bly     State: OR     Zip: 97622
Phone Number: (541)359-2827     Business E-mail Address: bonner@walshpllc.com

## COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge