**BONNER C. WALSH**
Oregon State Bar ID Number 131716
bonner@walshpllc.com
WALSH LLC
PO Box 7
Bly, Oregon 97622
Phone        541.359.2827
Facsimile    866.503 8206

**JACK E. MCGEHEE**
Oregon State Bar ID Number 160400
jmcgehee@lawtx.com
McGehee, Chang, Barnes, Landgraf
10370 Richmond Ave, Suite 1300
Houston, Texas 77042
Phone        713.864.4000
Facsimile    713.868.9393

**Special Counsel for Plaintiffs**
(Additional counsel appear on signature page)

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **JOSEPH FRANK MENDOZA, et. al**<br><br>        Plaintiffs,<br>v.<br><br>**LITHIA MOTORS, INC., et. al**<br><br>        Defendants. | CIVIL ACTION NO. 6:16-CV-1264-AA<br><br>**JOINT STATUS REPORT ON DISCOVERY** |

      Pursuant to § B.3. of the Scheduling Order (Docket #27), the Parties report as follows on the status of discovery:

A.   <u>Discovery completed:</u>

Parties have completed their initial disclosures. Plaintiffs have served their first discovery requests (Requests for Production, Requests for Admissions, and Interrogatories) and have received responses to the above requests. Defendants have served their first Requests for Production, which is due June 1, 2017.

B.  Discovery not yet completed or scheduled:

It has taken longer than anticipated to coordinate depositions and to complete discovery. Currently, the deposition of Plaintiff Mendoza and only one of Defendants' witnesses (Joshua Hunsaker) have been scheduled. The Parties are working to coordinate the other depositions to take place in July.  It is the desire of the Parties to conduct as many depositions in one location as possible to maximize efficiency.  To that end the parties are working to establish dates in Mid-July to depose several witnesses in single city locations during multiple days.  It is anticipated that all depositions in this matter would be concluded by the first week of August.

The parties respectfully request that the court schedule a status conference to address discovery and to address anticipated and pending motions in this matter and in *Caveye, et al. v. Lithia Motors, Inc., et al.,* Case No. 6:17-CV-0674-TC.

Dated: May 12, 2017

/s/ Bonner Walsh
**Bonner Walsh, Oregon Bar No. 131716**
Walsh LLC
21810 Pine Crest Dr.
Bly, Oregon 97622
bonner@walshpllc.com
Phone          541.359.2827
Facsimile     866.503 8206

**JACK E. MCGEHEE**
Oregon State Bar ID Number 160400
jmcgehee@lawtx.com

**JOINT STATUS REPORT ON DISCOVERY**                                                             **P a g e | 2**

McGehee, Chang, Barnes, Landgraf
10370 Richmond Ave, Suite 1300
Houston, Texas 77042
Phone           713.864.4000
Facsimile       713.868.9393

**Young Walgenkim Oregon Bar No. 124900**
Hanson & Walgenkim, LLC
838 Commercial St NE
Salem, OR 97301
young@hansonwalgenkim.com
Tel. (503) 383-1496 || Fax (503) 766-6477

**Special Counsel for Plaintiff**



/s/ Jeremy D. Sacks
STOEL RIVES LLP
JEREMY D. SACKS, OSB No. 994262
KEITH E. MCINTIRE. OSB No. 126210
KENNON SCOTT, OSB No. 144280
Telephone: (503) 224-3380

**Attorneys for Defendants**