IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JOSEPH FRANK MENDOZA, CAROL JOCKS, DAWN CAVEYE and GINA and DANA DALTON, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>LITHIA MOTORS, INC., LITHIA FINANCIAL CORPORATION, SALEM-V, LLC d/b/a VOLKSWAGEN OF SALEM, LITHIA KLAMATH, INC. d/b/a LITHIA KLAMATH FALLS AUTO CENTER, and LITHIA MEDFORD HON, INC.<br><br>      Defendants. | Case No. 6:16-CV-01264-AA<br>**JUDGMENT** |

AIKEN, District Judge:

      The Court has granted Defendant's Motion for Summary Judgment (doc. 74) on all remaining claims. Accordingly, this action is dismissed.

IT IS SO ORDERED.

      Dated this 30th day March of 2019.

*Ann Aiken*
United States District Judge

Page 1 – JUDGMENT